**Joseph M. RUSSELL, Plaintiff—Appellant,**

v.

**Michael P. MCWEENY; Commonwealth of Virginia; Victor Elion, P.H.D., Defendants—Appellees.**

No. 08–2265.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 21, 2009.

Joseph M. Russell, Appellant Pro Se. Christy Monolo, Office of the Attorney General of Virginia, Richmond, Virginia; William Norman Watkins, Sands, Anderson, Marks & Miller, Richmond, Virginia, for Appellees.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph R. Russell appeals the district court's order dismissing his civil complaint pursuant to *District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983), and *Rooker v. Fidelity Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Russell v. McWeeny,* No. 4:08–cv–00063–JBF–JEB (E.D.Va. Oct. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*